William B. Rowell (Bar No. 178587)
Marc Brainich (Bar No. 191034)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: browell@wendel.com
Email: mbrainich@wendel.com

*Pro Hac Vice*
Eric A. Parzianello (Bar No. P42797)
John A. Hubbard (Bar No. P39624)
**HUBBARD SNITCHLER & PARZIANELLO PLC**
801 W. Ann Arbor Trail, Suite 240
Plymouth, MI 48170
Telephone: (313) 672-7300
Email: eparzianello@hspplc.com
Email: jhubbard@hspplc.com

Attorneys for Defendant
SEG Automotive North America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL INTERSTATE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BOSCH AUTOMOTIVE SERVICE SOLUTIONS INC., a Delaware Corporation; SEG AUTOMOTIVE NORTH AMERICA LLC, a Delaware Corporation, PREVOST CAR (US) INC., a Delaware Corporation, VOLVO GROUP NORTH AMERICA, IN., a Delaware Corporation, and DOES 1 Through 30, Inclusive,<br><br>                    Defendants. | Case No. 4:21-cv-01593-DMR<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL DATES; ORDER THEREON (AS MODIFIED)**<br><br><br><br><br><br>Action Filed: March 5, 2021<br>Trial Date: July 10. 2023 |

The parties to this action, Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY ("Plaintiff") and Defendants SEG AUTOMOTIVE NORTH AMERICA LLC, PREVOST CAR (US) INC., and PREVOST, A DIVISION OF VOLVO GROUP CANADA INC. and ROBERT BOSCH LLC (collectively, "Defendants"), by and through their respective undersigned counsel, hereby enter into the following stipulation:

1. The parties have diligently conducted discovery in this case, including the exchange of Initial Disclosures and two sets of written discovery, and the production of voluminous documents.

2. The depositions of Lawrence Kumar, the safety manager for Marin Airporter (plaintiff's insured), was initially set, by agreement of all parties, for July 22, 2022. Mr. Kumar's deposition had to be taken off calendar because of a conflict that subsequently arose for one of the counsel, due, in part, to a firm-wide, month-plus long network/system disruption which prevented counsel from accessing any file documents from the beginning of July 2022 until mid-August 2022.

3. By agreement, Mr. Kumar's deposition was then rescheduled to October 6, 2022. Unforeseen family obligations, however, arose for Mr. Kumar on approximately October 4, 2022, making it impossible for him to be deposed on the scheduled date, and his deposition was taken off calendar by agreement of the parties.

4. The deposition of Jesse Manriquez, Marin airporter's maintenance supervisor, was set for October 7, 2022, as agreed to by the parties. His deposition also had to be taken off calendar shortly before it was to start until certain additional documents could be produced by Plaintiff.

5. The parties are meeting and conferring about a mutually agreeable date for the depositions of Mr. Kumar and Mr. Manriquez. The parties expect that at their depositions, Mr. Kumar and Mr. Manriquez will identify additional witnesses who will need to be deposed.

6. The parties are also meeting and conferring about the matters for examination of a deposition of Marin Airporter pursuant to F.R.C.P. Rule 30(b)(6).

7. In addition, the parties have met and conferred regarding the remaining discovery needed in the case, including additional written discovery and depositions. The parties are working together to schedule the various depositions that need to be taken, which include but are not limited to individuals believed to be employees or former employees of Marin Airporter as well as the Persons Most Qualified of the various defendants many of whom are located out of state.

8. At the Court's suggestion, the parties agreed to mediate the case using one of the Northern District's panel mediators. A mediation was subsequently scheduled for October 17, 2022. The parties agreed on October 7, 2022, however, after the two depositions had to be continued, that a mediation on October 17, 2022 would likely not be productive. Accordingly, the mediation was taken off calendar. The parties have agreed to re-schedule the mediation with Mr. Gupta, or another Northern District panel mediator if Mr. Gupta is not available, for a date when the needed additional discovery has been completed and a productive mediation can be had.

9. Plaintiff's attorney, Darin Tabor, took over this matter from plaintiff's former attorney, Katherine Sandoval, on October 7, 2022. Mr. Tabor's Notice of Appearance will be filed on or by October 13, 2022.

10. So that that Plaintiff's new attorney can adequately prepare for the case before important discovery and motion deadlines lapse, and the parties can complete their investigation, discovery, and trial preparation, and in turn have sufficient information with which to engage in a meaningful mediation, Plaintiff and Defendants jointly request that certain pretrial dates (*but not the trial date*) be continued as set forth below:

IT IS HEREBY AGREED, STIPULATED, AND REQUESTED THAT:

1. The current fact discovery cutoff date be continued from November 11, 2022 to January 13, 2023.

2. The date by which experts shall be disclosed and expert reports be provided be continued from November 28, 2022 to January 30, 2023.

3. The mediation completion date be continued from December 9, 2022 to February 10, 2023.

4. The date that rebuttal experts shall be disclosed and reports provided be continued from December 12, 2022 to February 13, 2023.

5. The expert discovery cutoff be continued from December 27, 2022 to February 28, 2023.

6. The last day to hear dispositive motions be continued from February 23, 2022 to April 20, 2023 at 1:00 p.m.  Dispositive motions shall be filed and served no later than 30 days before the hearing.

7. The pretrial conference date set for June 28, 2023 shall remain unchanged.

8. The trial date set for July 10, 2023 shall remain unchanged.

DATED:  October 12, 2022

By: *Katherine Sandoval*
KATHERINE SANDOVAL
Attorneys for Plaintiff NATIONAL INTERSTATE INSURANCE COMPANY

DATED:  October 12, 2022

By: *Jocelyn A. Julian*
JOCELYN A. JULIAN
Attorneys for Defendant PREVOST CAR (US) INC. and PREVOST, A DIVISION OF VOLVO GROUP CANADA INC

DATED:  October 12, 2022

By: *Marc Brainich*
WILLIAM B. ROWELL
MARC BRAINICH
Attorneys for Defendant SEG AUTOMOTIVE NORTH AMERICA LLC

DATED: October 12, 2022

By: *Lisa P. Gruen*
LISA P. GRUEN
Attorneys for Defendant ROBERT BOSCH LLC

**ORDER (AS MODIFIED)**

1. The current fact discovery cutoff date is continued from November 11, 2022 to January 13, 2023.

2. The date by which experts shall be disclosed and expert reports be provided is continued from November 28, 2022 to January 30, 2023.

3. The mediation completion date is continued from December 9, 2022 to February 10, 2023.

4. The date that rebuttal experts shall be disclosed and reports provided is continued from December 12, 2022 to February 13, 2023.

5. The expert discovery cutoff is continued from December 27, 2022 to February 28, 2023.

6. The last day to hear dispositive motions is continued from February 23, 2023 to **April 27, 2023** at 1:00 p.m. Dispositive motions shall be filed and served no later than 30 days before the hearing.

7. The pretrial conference date set for June 28, 2023 shall remain unchanged.

8. The trial date set for July 10, 2023 shall remain unchanged.

**IT IS SO ORDERED.**

DATED: October 14, 2022

_____
Honorable Donna M. Ryu
Magistrate Judge

*IT IS SO ORDERED — Judge Donna M. Ryu*

**PROOF OF SERVICE**

**National Interstate Insurance Company v. Bosch Automotive Service Solutions Inc., et al.
US District Court Northern District - Case No. 4:21-cv-01593-DMR**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1111 Broadway, 24th Floor, Oakland, CA 94607-4036.

On October 12, 2022, I served true copies of the following document(s) described as **JOINT STIPULATION RE: PRETRIAL DATES; ORDER THEREON** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mbrainich@wendel.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 12, 2022, at Oakland, California.

*Tomika Cremer*
Tomika Cremer

JOINT STIPULATION RE: PRETRIAL DATES; ORDER THERON

# SERVICE LIST
*National Interstate Insurance Company v. Bosch Automotive Service Solutions Inc., et al.*
*US District Court Northern District - Case No. 4:21-cv-01593-DMR*

| | |
|---|---|
| Katherine A. Sandoval, Esq.<br>Andrew Kunysz<br>Matthiesen, Wickert & Lehrer, S.C.<br>1851 East First Street, Suite 1150<br>Santa Ana, CA 92705<br>Phone: (800) 637-9176<br>Fax:     (262) 673-3766<br>Email: ksandoval@mwl-law.com<br>           akunysz@mwl-law.com | *Attorneys for Plaintiff National Interstate Insurance Company* |
| Lisa P. Gruen, Esq.<br>Mari K. Zang, Esq.<br>Yvonne Flores<br>Goldberg Segalla<br>777 South Figueroa Street, Suite 2000<br>Los Angeles, CA 90017<br>Phone: (213) 415-7215<br>Fax:     (213) 415-7299<br>Email: lgruen@goldbergsegalla.com<br>           jcoriaty@goldbergsegalla.com<br>           yflores@goldbergsegalla.com | *Attorneys for Defendant Robert Bosch LLC (erroneously sued herein as "Bosch Automotive Services Solutions Inc.")* |
| Anthony E. Sonnett, Esq.<br>Jocelyn A. Julian, Esq.<br>Steven Epstein, Esq.<br>Rosey Storey<br>Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Phone:  (213) 250-1800<br>Fax:     (213) 250-7900<br>Email: Anthony.Sonnett@lewisbrisbois.com<br>           Jocelyn.Julian@lewisbrisbois.com<br>           Rosey.Storey@lewisbrisbois.com<br>           sepstein@poynerspruill.com | *Attorneys for Defendants, Prevost Car (US). Inc. and Prevost, a Division of Volvo Group, Canada Inc.* |